FLORENCE R. NAUS, as Administratrix of the Estate
of GEORGE M. NAUS, Deceased, Appellant, *v.* THE
BOARD OF MANAGERS OF THE BINGHAMTON CITY
HOSPITAL, Respondent.

*Appeal — unanimous affirmance of order setting aside verdict and
granting new trial — appeal therefrom dismissed.*

*Naus* v. *Binghamton City Hospital*, 199 App. Div. 948, appeal
dismissed.

(Argued January 23, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered December 23, 1921,
upon an order of the Appellate Division of the Supreme
Court in the third judicial department which unani-
mously affirmed an order of the court at a Trial Term
setting aside a verdict in favor of plaintiff and granting
a new trial.

*Charles H. Burnett* and *U. C. Lyons* for appellant.

*Leon C. Rhodes, Corporation Counsel (Charles J. Mangan*
of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ.    Absent: ANDREWS, J.